**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re:  Debtor(s)
**James Willie Moss**
542 Village Lane
Jonesboro, GA 30236

xxx–xx–3075

Case No.: **09–76125–bem**
Chapter: **13**
Judge: **Barbara Ellis–Monro**

### ORDER OF DISMISSAL

The Chapter 13 Trustee's Motion to Dismiss came before the Court and

After hearing, it appears that the Debtor(s) is in material default with respect to the provisions of the confirmed plan. Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

_____
Barbara Ellis–Monro
United States Bankruptcy Judge

Dated: August 14, 2013

Form 163